1  **Stan M. Barankiewicz II, Esq. (State Bar No. 204513)**
   **Christopher M. Wolcott, Esq. (State Bar No. 274884)**
2  **ORBACH HUFF & HENDERSON LLP**
   **1901 Avenue of the Stars, Suite 575**
3  **Los Angeles, California 90067-6007**
   **Telephone: (310) 788-9200**
4  **Facsimile: (310) 788-9210**
   **sbarankiewicz@ohhlegal.com**
5  **cwolcott@ohhlegal.com**

6  Attorneys for Plaintiff/Petitioner
   ZAMPERINI AIRFIELD PRESERVATION SOCIETY

7

8                   UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

| ZAMPERINI AIRFIELD PRESERVATION SOCIETY, a California unincorporated association, | CASE NO.: 2:24−cv−4538−CBM-JPR |
|---|---|
| | [Assigned to Magistrate Judge Consuelo B. Marshall] |
| Plaintiff/Petitioner, | **REQUEST TO ENTER DEFAULT** |
| v. | |
| CITY OF TORRANCE, a California municipal corporation and ROES 1 through 100, | Petition Filed: April 22, 2024 |
| Defendants/Respondents. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT**

Plaintiff and petitioner Zamperini Airfield Preservation Society ("Plaintiff") hereby requests under Federal Rules of Civil Procedure, Rule 55(a) that the Clerk of the above-entitled Court enter default in this matter against defendant and respondent City of Torrance ("Defendant") on the ground that Defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the Verified Petition for Writs of Administrative Mandamus and Traditional Mandate on Defendant on May 7, 2024. Plaintiff's response was due on June 7, 2024.

1

Zamperini Airfield Preservation Society's Request to Enter Default [24-cv-4538-CBM]

The above stated facts are set forth in the accompanying declaration of Declaration of Christopher M. Wolcott, filed herewith.

DATED: November 8, 2024          ORBACH HUFF & HENDERSON LLP

By: /s/ Christopher Wolcott
Stan M. Barankiewicz II
Christopher M. Wolcott
Attorneys for Plaintiff/Petitioner
ZAMPERINI AIRFIELD PRESERVATION SOCIETY

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served on November 8, 2024 with a copy of this document via the court's CM/ECF system pursuant to Local Rule 5-3.2.1.

      /s/  Christopher M. Wolcott
      Christopher M. Wolcott, Esq.