# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 24-4538-CBM(JPRx) |
| Date | NOVEMBER 14, 2024 |
| Title | Zamperini Airfield Preservation Society V. City of Torrance et al |

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES [13]

Counsel are hereby notified that pursuant to the Judge's directive, the Clerk will NOT enter default [13], against City of Torrance Zamperini Airfield Preservation Society, as the Court will accept the answer [14] filed on November 9, 2024.

IT IS SO ORDERED.

cc: all parties