UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 24-4538-CBM(JPRx)** | Date | DECEMBER 2, 2024 |

| | |
|---|---|
| Title | Zamperini Airfield Preservation Society V. City of Torrance et al |

| | |
|---|---|
| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT COURT JUDGE |

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS - NOTICE AND ORDER TO ALL PARTIES**

On October 29, 2024, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution.   On November 8, 2024, Plaintiff filed the request for Clerk to enter default.

The Court having considered the Plaintiff's response and deems the response satisfactory and adequately addresses the Court's concerns.  Accordingly, the Order to Show Cause is hereby vacated and discharged.

Plaintiff is reminded that he is expected to comply with all rules and orders of the Court.

IT IS SO ORDERED.

  cc: all counsel