Mark J. Dillon (State Bar No. 108329)
mdillon@gdandb.com
Lori D. Ballance (State Bar No. 133469)
lballance@gdandb.com
Yana L. Ridge (State Bar No. 306532)
yridge@gdandb.com
Gatzke Dillon & Ballance LLP
2762 Gateway Road
Carlsbad, California 92009
Telephone: (760) 431-9501
Facsimile:  (760) 431-9512

Attorneys for Respondent, City of Torrance

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAMPERINI AIRFIELD PRESERVATION SOCIETY, a California unincorporated association,<br><br>　　　　Petitioner,<br><br>v.<br><br>CITY OF TORRANCE, a California municipal corporation and ROES 1 through 100,<br><br>　　　　Respondents. | Case No. CV-24-4538-CBM(JPRx)<br><br>**NOTICE OF CERTIFICATION OF ADMINISTRATIVE RECORD**<br><br>Petition Filed: April 22, 2024 |

Patrick Q. Sullivan (State Bar No. 179922)
psullivan@torranceca.gov
Tatia Y. Strader (State Bar No. 198735)
tstrader@torranceca.gov
Office of the City Attorney
3031 Torrance Blvd.
Torrance, California 90503
Telephone: (310) 618-5810
Facsimile:  (310) 618-5813

Attorneys for Respondent,
City of Torrance

**NOTICE OF CERTIFICATION OF ADMINISTRATIVE RECORD**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that the City of Torrance (City), as the agency responsible for certifying the administrative record of proceedings in this action under California Code of Civil Procedure section 1094.6(c), provides this notice that a true and correct copy of the administrative record has been certified. Attached hereto as **Attachment A** is a true and correct copy of the City's certification of the administrative record. The City's certification is made subject to certain agreements and reservations of rights, as documented within the administrative record index and certification, which agreements were entered into as necessary for the purposes of compiling the oversized record in a timely and cost-effective manner.

Upon certification, the City served the certified administrative record and its index on Petitioner via email and provided Petitioner access to a downloadable electronic copy. The City will separately arrange to lodge an electronic version of the certified administrative record and index with the Court.

February 5, 2025                    GATZKE DILLON & BALLANCE LLP

By: /s/ Mark J. Dillon
    Mark J. Dillon
    Attorneys for City of Torrance

1

NOTICE OF CERTIFICATION OF ADMINISTRATIVE RECORD

# ATTACHMENT A

# CERTIFICATION OF ADMINISTRATIVE RECORD

Zamperini Airfield Preservation Society v. City of Torrance
Case No. CV-24-4538-CBM(JPRx)

I, Rebecca Poirier, am the City Clerk of the City of Torrance (City). I am responsible for managing the record-keeping for the City's official actions, including the City's adoption of ordinances. I am familiar with the documents contained within the files for the City's adoption of Ordinance No. 3930. I certify that the documents included in this administrative record are an accurate record of the proceedings.

This certification is made without waiver of the City's rights regarding the proper contents of the administrative record for Ordinance No. 3930.

February 5, 2025

_____
Rebecca Poirier
City Clerk for the City of Torrance

**CERTIFICATE OF SERVICE**

I certify that counsel of record who are deemed to have consented to electronic service are being served on February 6, 2025 with a copy of this document via the Court's CM/ECF system pursuant to Local Rule 5-3.2.

/s/ Mark J. Dillon

4

**NOTICE OF CERTIFICATION OF ADMINISTRATIVE RECORD**