# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV24-04538-CBM (JPRx) | Date | May 23, 2025 |
|---|---|---|---|
| Title | Zamperini Airfield Preservation Society v. City of Torrance, et al. | | |

| Present: The Honorable | Jean P. Rosenbluth, United States Magistrate Judge |
|---|---|

| Narissa Estrada | CS 5/23/2025 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Stan M. Barankiewicz,II | Mark J. Dillon<br>Patrick Q. Sullivan<br>Yana Ridge |

**Proceedings:**      (In Court): Settlement Conference

On May 23, 2025, the parties appeared before Magistrate Judge Rosenbluth for a settlement conference. A complete settlement of the matter was reached and the agreed-upon material terms of the settlement were recited on the record. Plaintiff will file a Notice of Settlement before the District Judge by no later than May 27, 2025.

cc: Judge Consuelo B. Marshall

|   | 4 | : | 10 |
|---|---|---|---|
| Initials of Preparer | | | nne |