1  **Stan M. Barankiewicz II, Esq. (State Bar No. 204513)**
2  **Christopher M. Wolcott, Esq. (State Bar No. 274884)**
   **ORBACH HUFF & HENDERSON LLP**
3  **1901 Avenue of the Stars, Suite 575**
   **Los Angeles, California 90067-6007**
4  **Telephone: (310) 788-9200**
   **Facsimile: (310) 788-9210**
5  **sbarankiewicz@ohhlegal.com**
   **cwolcott@ohhlegal.com**

6  Attorneys for Plaintiff/Petitioner
   ZAMPERINI AIRFIELD PRESERVATION SOCIETY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| ZAMPERINI AIRFIELD PRESERVATION SOCIETY, a California unincorporated association, Plaintiff/Petitioner, v. CITY OF TORRANCE, a California municipal corporation and ROES 1 through 100, Defendants/Respondents. | CASE NO.: 2:24-cv-04538 CBM(JPRx) [Assigned to District Judge Consuelo B. Marshall and Magistrate Judge Jean P. Rosenbluth] **NOTICE OF SETTLEMENT** Courtroom: 880 Date: May 23, 2025 Time: 1:30 p.m. Petition Filed: April 22, 2024 |
|---|---|

**PLEASE TAKE NOTICE** that the parties to this case have entered into a conditional settlement of this matter. The parties appeared before Magistrate Judge Jean P. Rosenbluth for a settlement conference on May 23, 2025. The Parties reached a complete settlement of the matter that is contingent on approval by the respondent City of Torrance's City Counsel. The material terms of the settlement were recited on the record, with the Court to retain jurisdiction over until settlement had been concluded. The parties will not be preparing a subsequent written settlement agreement.

/ / /

/ / /

/ / /

The parties request the Court vacate the briefing schedule and hearing date for the writ of mandate, and stay all action in this proceedings for 60 days.

DATED: May 27, 2025              ORBACH HUFF & HENDERSON LLP

By: /s/ Christopher Wolcott
Stan M. Barankiewicz II, Esq.
Christopher Wolcott, Esq.
Attorneys for Plaintiff/Petitioner
ZAMPERINI AIRFIELD PRESERVATION SOCIETY

**CERTIFICATE OF SERVICE**

I certify that counsel of record who are deemed to have consented to electronic service are being served on May 27, 2025 with a copy of this document via the court's CM/ECF system pursuant to Local Rule 5-3.2.1.

                                        /s/ Christopher M. Wolcott
                                        Christopher M. Wolcott, Esq.