UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 24-04538-CBM-JPR | Date | May 29, 2025 |
| Title | Zamperini Airfield Preservation Society V. City of Torrance et al | | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**  **IN CHAMBERS- ORDER AND NOTICE TO ALL PARTIES**

In light of the notice of settlement, filed May 27, 2025, indicating that the case has settled in its entirety, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

No later than **July 21, 2025**, the parties shall file either a stipulation re dismissal and order for dismissal, a notice of voluntary dismissal (to the extent permitted under Federal Rule of Civil Procedure 41(a)(1)(A)(i), judgment or a status report.  Failure to timely file a stipulation and order for dismissal, a notice of voluntary dismissal, judgment or a status report shall result in the dismissal of this action.

All pending hearing dates are now vacated, and the Court will not issue orders on any pending motions. The action is stayed until July 28, 2025.

**IT IS SO ORDERED.**