**Stan M. Barankiewicz II, Esq. (State Bar No. 204513)**
**Christopher M. Wolcott, Esq. (State Bar No. 274884)**
**ORBACH HUFF & HENDERSON LLP**
**1901 Avenue of the Stars, Suite 575**
**Los Angeles, California 90067-6007**
**Telephone:  (310) 788-9200**
**Facsimile:  (310) 788-9210**
**sbarankiewicz@ohhlegal.com**
**cwolcott@ohhlegal.com**

Attorneys for Plaintiff/Petitioner
ZAMPERINI AIRFIELD PRESERVATION SOCIETY

# UNITED STATES DISTRICT COURT

## CENTRAL  DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAMPERINI AIRFIELD PRESERVATION SOCIETY, a California unincorporated association,<br><br>        Plaintiff/Petitioner,<br><br>v.<br><br>CITY OF TORRANCE, a California municipal corporation and ROES 1 through 100,<br><br>        Defendants/Respondents. | CASE NO.: 2:24-cv-04538-CBM-JPR<br><br>**JOINT STATUS REPORT RE SETTLEMENT AND STIPULATED BRIEFING SCHEDULE**<br><br><br>Petition Filed:        April 22, 2024 |

On May 27, 2025, plaintiff and petitioner Zamperini Airfield Preservation Society ("Plaintiff") filed a notice of settlement of the case. Dkt. 27. Pursuant to that notice of settlement, the Court vacated all pending hearing dates, stayed the action until July 28, 2025, and set a July 21, 2025 deadline for dismissal of the action. Dkt. 28. The parties' settlement was contingent on defendant and respondent City of Torrance's ("Defendant") City Council adopting an amended ordinance that included the settlement terms.

Defendant's City Council approved the terms of the settlement in closed session. However, on June 17, 2025, the City Council considered the amended ordinance but did not approve that ordinance. The parties now request that the Court reinstate the briefing

ORBACH HUFF & HENDERSON LLP

schedule and set a hearing date on the Plaintiff's Writ of Mandate Petition as follows:

- Defendant's opposition brief limited to 35 pages due by August 13, 2025.
- Plaintiff's reply brief limited to 17 pages due by August 28, 2025.
- The writ hearing be set in October 2025, on a date convenient for the Court.

     The parties further request that the Court vacate the stay in effect on this case and vacate the July 21, 2025 dismissal deadline.


DATED:  June 19, 2025          ORBACH HUFF & HENDERSON LLP


                               By: _____
                                   Stan M. Barankiewicz II
                                   Attorneys for Plaintiff/Petitioner
                                   ZAMPERINI AIRFIELD PRESERVATION
                                   SOCIETY

DATED:  June 19, 2025          GATZKE DILLON & BALLANCE LLP


                               By: ___/s/Mark J. Dillon_____
                                   Mark J. Dillon
                                   Attorneys for Defendant/Respondent
                                   CITY OF TORRANCE

ORBACH HUFF & HENDERSON LLP

**CERTIFICATE OF SERVICE**

    I certify that counsel of record who are deemed to have consented to electronic service are being served on June 19, 2025 with a copy of this document via the court's CM/ECF system pursuant to Local Rule 5-3.2.1.


                    /s/  Stan M. Barankiewicz, II.
                  Stan M. Barankiewicz II, Esq.

ORBACH HUFF & HENDERSON LLP