UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-4538-CBM-JPR | Date | June 24, 2025 |
| Title | *Zamperini Airfield Preservation Society v. City of Torrance* | | |

Present: The Honorable     CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:    IN CHAMBERS- ORDER RE:   JOINT STATUS REPORT RE: SETTLEMENT AND STIPULATED BRIEFING SCHEDULE**

The matter before the Court is the parties' Joint Status Report re Settlement and Stipulated Briefing Schedule.  (Dkt. No. 29.)

On May 29, 2025, the Court stayed the action until July 28, 2025 in light of the parties' notice of settlement and request to stay, and ordered the parties to file dismissal papers no later than July 21, 2025.  (Dkt. No. 28.)   The parties now report that the settlement was contingent on the City of Torrance's City Council adopting an amended ordinance that included the settlement terms, but the City Council did not approve the amended ordinance on June 17, 2025.  (Dkt. No. 29.)   Therefore, the parties now request that the Court vacate the stay and the July 21, 2025 dismissal deadline, and set a briefing schedule and hearing date on Plaintiff's Writ of Mandate Petition.

Accordingly, the Court lifts the stay and sets the following dates:

1. Defendant's opposition (no more than 35 pages) shall be filed no later than August 13, 2025;

2. Plaintiff's reply (no more than 17 pages) shall be filed no later than August 28, 2025;

3. The hearing on the writ of mandate is set for October 21, 2025 at 10:00 a.m.

**IT IS SO ORDERED.**