Mark J. Dillon (State Bar No. 108329)
mdillon@gdandb.com
Lori D. Ballance (State Bar No. 133469)
lballance@gdandb.com
Yana L. Ridge (State Bar No. 306532)
yridge@gdandb.com
Gatzke Dillon & Ballance LLP
2762 Gateway Road
Carlsbad, California 92009
Telephone: (760) 431-9501
Facsimile: (760) 431-9512

Attorneys for Respondent, City of Torrance

**[See Next Page for Additional Counsel]**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAMPERINI AIRFIELD PRESERVATION SOCIETY, a California unincorporated association,<br><br>        Plaintiff/Petitioner,<br><br>v.<br><br>CITY OF TORRANCE, a California municipal corporation and ROES 1 through 100,<br><br>        Defendants/Respondents. | Case No. 2:24-cv-04538-CBM-JPR<br><br>**RESPONDENT CITY OF TORRANCE'S NOTICE OF LODGMENT OF EXCERPTS OF CERTIFIED ADMINISTRATIVE RECORD**<br><br>Petition Filed: April 22, 2024<br><br>Hearing Date: October 21, 2025<br>Time of Hearing: 10:00 a.m.<br>Place of Hearing: Department 8D |

1  Patrick Q. Sullivan (State Bar No. 179922)
2  psullivan@torranceca.gov
   Tatia Y. Strader (State Bar No. 198735)
3  tstrader@torranceca.gov
4  Office of the City Attorney
   3031 Torrance Blvd.
5  Torrance, California 90503
6  Telephone: (310) 618-5810
   Facsimile:  (310) 618-5813
7
8  Attorneys for Respondent, City of Torrance
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**RESPONDENT CITY OF TORRANCE'S NOTICE OF LODGMENT OF EXCERPTS OF CERTIFIED ADMINISTRATIVE RECORD**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Respondent City of Torrance (City) is lodging with the Court a physical and electronic copy of the excerpts of the certified administrative record. The excerpts are the pages from the administrative record cited in the opening (ECF No. 25), opposition (ECF No. 31), and reply (ECF No. 33) briefs on Petitioner's motion for writ of mandate set to be heard on October 21, 2025.

September 30, 2025                    GATZKE DILLON & BALLANCE LLP

                                      By: /s/ *Mark J. Dillon*
                                          Mark J. Dillon
                                          Lori D. Ballance

                                          Attorneys for City of Torrance

**RESPONDENT CITY OF TORRANCE'S NOTICE OF LODGMENT OF EXCERPTS OF CERTIFIED ADMINISTRATIVE RECORD**

**CERTIFICATE OF SERVICE**

I certify that counsel of record who are deemed to have consented to electronic service are being served on September 30, 2025 with a copy of this document via the Court's CM/ECF system pursuant to Local Rule 5-3.2.

                              */s/ Mark J. Dillon*

**RESPONDENT CITY OF TORRANCE'S NOTICE OF LODGMENT OF EXCERPTS OF CERTIFIED ADMINISTRATIVE RECORD**