UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-4538-CBM-JPR | Date | October 14, 2025 |
| Title | *Zamperini Airfield Preservation Society v. City of Torrance et al.* | | |

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**     **IN CHAMBERS- ORDER RE: MOTION FOR WRIT OF MANDATE**

The matter before the Court is Plaintiff's Motion for Writ of Mandate (Dkt. No. 25) which is fully briefed, and currently set for hearing on October 21, 2025. The administrative record is voluminous, spanning over 15,000 pages. Based on the voluminous administrative record, the Court hereby VACATES the October 21, 2025 hearing date on the Motion. The Court will reset the date for the hearing on the Motion for Writ of Mandate upon completion of its review of the parties' briefs and the administrative record.

**IT IS SO ORDERED.**